**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANTHONY STELLA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>STATE OF DELAWARE,  )<br>DEPARTMENT OF EDUCATION;  )<br>SANDRA WALDEE-WARDEN, in her  )<br>individual and official capacities;  )<br>SUSAN BUNTING, Secretary of  )<br>Education, in her individual and official  )<br>capacities;  )<br>  )<br>   Defendants.  ) | C.A. No. 1:17-cv-01591-MPT<br><br>JURY TRIAL DEMANDED |

## **STIPULATION AND ORDER**

WHEREAS, on January 31, 2018, the Court signed its Scheduling Order in the above-captioned matter;

WHEREAS, pursuant to the Scheduling Order; the parties have until February 5, 2018, to file any motions to amend or supplement the pleadings; and

WHEREAS, pursuant to the Scheduling Order; the parties have five days from the date of the Order to make their Initial Disclosures.

NOW THEREFORE, this 5th day of February, 2018, it is hereby STIPULATED AND AGREED by and among the parties, subject to the approval of the Court, that:

1. Plaintiff shall be allowed to file a First Amended Complaint by February 5, 2018.

2. The parties shall have until on or before March 5, 2018, to make their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

(SIGNATURE BLOCK ON NEXT PAGE)

| | |
|---|---|
| /s/ *Caitlyn E. Quinn* | /s/ *Adria B. Martinelli* |
| Michele D. Allen (Del. Bar No. 4359) | Adria B. Martinelli (Del. Bar No. 4056) |
| Caitlyn E. Quinn (Del. Bar No. 6319) | Deputy Attorney General |
| LAW OFFICES OF | STATE OF DELAWARE |
|     MICHELE D. ALLEN, LLC |     DEPARTMENT OF JUSTICE |
| 724 Yorklyn Road, Suite 310 | Carvel State Office Building |
| Hockessin, DE 19707 | 820 N. French Street, 6th Floor |
| Tel.: 302.234.8600 | Wilmington, DE 19801 |
| Fax.: 302.234.8602 | Tel. :302-577-8400 |
| Michele@micheleallenlaw.com | Adria.Martinelli@state.de.us |
| Caitlyn@micheleallenlaw.com | *Attorney for Defendants* |
| *Attorneys for Plaintiff* | |

SO ORDERED:

Dated:_____    _____

                                                                  Mary Pat Thynge, M.J.