Michele D. Allen  
*michele@micheleallenlaw.com*

Caitlyn E. Quinn  
*caitlyn@micheleallenlaw.com*



724 Yorklyn Road, Suite 310, Hockessin, DE 19707 Tel. (302) 234-8600 Fax (302) 234-8602

October 1, 2018

**VIA ELECTRONIC FILING**
The Honorable Mary Pat Thynge
United States District Court
Caleb Boggs Federal Building
844 N. King Street
Unit 8, Room 2124
Wilmington, DE 19801-3555

**Re:    Interim Status Report,** *Anthony Stella v. State of DE Dep't of Education et al*
*C.A. No. 17-1591-MPT*

Dear Judge Thynge:

Plaintiff Anthony Stella filed the above-referenced action on November 6, 2017 asserting three claims: (1) retaliation in violation of the First Amendment; (2) breach of contract and (3) breach of implied covenant of good faith and fair dealing. Defendants State of Delaware Department of Education, Susan Bunting and Sandra Waldee-Warden filed their answer to the complaint on December 13, 2017.

Plaintiff filed his First Amended Complaint on February 5, 2018, adding a fourth Count for denial of substantive due process under the 14th Amendment against the State of Delaware Department of Correction, Robert Coupe and Perry Phelps. On March 20, 2018, Defendants filed a Partial Motion to Dismiss Plaintiff's Substantive Due Process Claim. Plaintiff filed its Response on April 13, 2018 and Defendants filed their Reply on May 4, 2018. On July 24, 2018, the Court filed its Memorandum Opinion granting Defendants' Motion to Dismiss.

Plaintiff filed a Notice of Appeal to the United States Court of Appeals for the Third Circuit on August 20, 2018, pursuant to Fed. R. App. P. 4(a)(1)(A) and 28 U.S.C. § 1291, appealing the Memorandum granting Defendants' Motion to Dismiss Count IV of Plaintiff's First Amended Complaint. This Court has not yet certified that its July 25, 2018 Order was a final judgment and there is no just reason for delay of the appeal, pursuant to Fed. R. Civ. P. 54(b).

Discovery is ongoing in this matter and both Plaintiff and Defendants have served written discovery on each other. Depositions have been completed by both parties. Discovery is scheduled to end October 9, 2018.

The parties had a teleconference with Magistrate Judge Burke on October 1, 2018, to discuss the possibility of mediation. At this time, Defendants are not interested in pursuing mediation and wish to proceed with briefing of summary judgment motions.

The parties have conferred and agree with the Interim Status Report.

The Honorable Mary Pat Thynge
October 1, 2018
Page **2** of **2**

   A four-day jury trial is scheduled for July 29, 2019, pursuant to the Scheduling Order entered by the Court on January 30, 2018.

   If Your Honor has any questions, counsel is available at the Court's convenience.

                            Respectfully submitted,

s/ *Caitlyn E. Quinn*_____       /s/ *Adria B. Martinelli*_____
Michele D. Allen (Del. Bar No. 4359)    Adria B. Martinelli (Del. Bar No. 4056)
Caitlyn E. Quinn (Del. Bar No. 6319)    Deputy Attorney General
LAW OFFICES OF             STATE OF DELAWARE
   MICHELE D. ALLEN, LLC        DEPARTMENT OF JUSTICE
724 Yorklyn Road, Suite 310        Carvel State Office Building
Hockessin, DE 19707           820 N. French Street, 6th Floor
Tel.: 302.234.8600            Wilmington, DE 19801
Fax.: 302.234.8602            Tel. :302-577-8400
Michele@micheleallenlaw.com       Adria.Martinelli@state.de.us
Caitlyn@micheleallenlaw.com        *Attorney for Defendants*
*Attorneys for Plaintiff*