# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-2863

Anthony Stella v. Delaware Department of Educat, et al

(Originating Court No. 1-17-cv-01591)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.


For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date: October 23, 2018

cc: Michele D. AllenEsq.
Adria B. MartinelliEsq.
Caitlyn E. QuinnEsq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate